UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVINDER S. BAJWA and
KAMALJIT BAJWA,

    Plaintiffs,

v.

Case No. 11-CV-12183-DT

HONORABLE DENISE PAGE HOOD

JOHN ADAMS MORTGAGE COMPANY,
SUNTRUST MORTGAGE, INC., AMERICA'S
SERVICING COMPANY and U.S. BANK
NATIONAL ASSOCIATION, TRUSTEE FOR
THE HOLDERS OF PRIME MORTGAGE
TRUST, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-CL1,

    Defendants.
_____/

## JUDGMENT

    This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiffs.

                                  DAVID J. WEAVER
                                  CLERK OF COURT

Approved:                               By: s/Julie Owens
                                        Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: November 30, 2011
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Devinder S. Bajwa and Kamaljit Bajwa, 2797 E. Arbor, Ann Arbor, MI 48103 and counsel of record on November 30, 2011, by electronic and/or ordinary mail.

                                  S/LaShawn R. Saulsberry
                                  Case Manager